NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHRISTOPHER R. CHIN-YOUNG,**

*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**

*Respondent*

**DEPARTMENT OF THE ARMY,**

*Intervenor*

---

2023-1589

---

Petition for review of the Merit Systems Protection Board in No. DC-1221-16-0581-W-1.

---

## O R D E R

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

2                                                    CHIN-YOUNG V. MSPB

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

August 7, 2023
     Date                              /s/ Jarrett B. Perlow
                                       Jarrett B. Perlow
                                       Clerk of Court


**ISSUED AS A MANDATE:** August 7, 2023